UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BIRD ROCK HOME MORTGAGE, LLC, | Case No.: 19cv2310-JAH (LL) |
|---|---|
| Plaintiff, | **ORDER VACATING HEARING DATE** |
| v. | |
| DANIEL DAMIANO; MARGARET DAMIANO; AND DOES 1-10 INCLUSIVE, | |
| Defendants. | |

After a careful review of the parties' submissions, the Court deems Plaintiff Bird Rock Home Mortgage, LLC's motion to remand (Doc. No. 3), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion is taken under submission without oral argument and the hearing set for January 27, 2020, is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED**

DATED: January 21, 2020

_____
JOHN A. HOUSTON
United States District Judge